LABORDE, DEMANDANTE Y APELANTE, v. RÍOS, VDA. DE TORO, DEMANDADA Y APELADA.

APELACIÓN procedente de la Corte de Distrito de Humacao en un caso sobre indemnización.

MOCIÓN de la parte apelante sometiendo este caso por la argumentación contenida en el alegato del caso No. 1295, por ser ambos de naturaleza análoga.

MOCIÓN de la parte apelada para que se desestime la apelación por falta de alegato.

No. 1292.—Resuelto en abril 14, 1915.

ALEGATO DEL APELANTE—PRÓRROGA PARA PRESENTARLO DESPUÉS DE VENCIDO EL TÉRMINO—DERECHO DE LAS PARTES.—Cuando se solicita una prórroga para presentar alegato después de vencido el término, la práctica establecida es la de denegar la pretensión, sin perjuicio de los derechos que puedan asistir a las partes.

Desestimación de Apelación—Alegato del Apelante—Discreción Judicial.—
En este caso después de vencido el término, pero antes de pedirse por el apelado la desestimación del recurso, la parte apelante demostró su intención de presentar su alegato y lo presentó en efecto después de archivada la moción de desestimación, pero antes de celebrarse la vista de la misma. *Se resolvió:* que siendo esas las circunstancias concurrentes, la corte debía ejercitar su poder discrecional para declarar sin lugar la moción de desestimación, a fin de considerar y resolver el recurso en su fondo.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Eugenio Benítez Castaño.*

Abogado de la apelada: *Sr. Arturo Aponte, Jr.*

El Juez Asociado Sr. del Toro, emitió la opinión del tribunal.

La transcripción se radicó en este caso el 8 de marzo de 1915. El 18 del mismo mes la parte apelante solicitó una prórroga de diez días, que le fué concedida, para presentar su alegato. El 29 de marzo la dicha parte apelante solicitó otra prórroga de diez días con el mismo propósito, y como la solicitud se hiciera después de vencido el término, la corte, siguiendo la práctica establecida en repetidos casos, la negó, "sin perjuicio de los derechos que puedan asistir a las partes."

Así las cosas, el apelante, el 31 de marzo último, presentó una moción manifestando que este recurso es de naturaleza análoga al No. 1295 en el cual había presentado un alegato escrito, y haciendo constar que, por tal motivo, refería este caso al indicado No. 1295. Al día siguiente el apelado archivó una moción pidiendo la desestimación del recurso por falta de alegato, invocando la regla 42 del reglamento de este tribunal y el artículo 303 del Código de Enjuiciamiento Civil. La corte acordó posponer la resolución de la moción del apelante de 31 de marzo para cuando se resolviera la moción de desestimación del apelado cuya vista se señaló para el día 12 de abril actual.

El día 12 se celebró la vista y, en la misma fecha, la parte apelante presentó su alegato escrito en apoyo del recurso,

abandonando así implícitamente sus pretensiones contenidas en su moción de 31 de marzo.

Siendo esas las circunstancias concurrentes, creemos que debemos ejercitar nuestro poder discrecional declarando no haber lugar a la desestimación del recurso, a fin de que éste pueda ser considerado y resuelto en su fondo.

> *Desestimada la moción del apelante y declarada sin lugar la moción del apelado, debiendo continuar la tramitación del recurso en la forma procedente.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.